**1497 WILKINSON vs. COMMON COUNCIL** (Saginaw), No. 15838; 3 D. L. N., 809; 70 N. W., 142. (Certiorari to Saginaw.)

To compel respondent to audit and pay relator's account for salary as a member of the police force, after his removal from the position.

The circuit judge denied the writ. Affirmed February 18, 1897, with costs.

Held, that it appearing that the board had the power to remove relator, and that as under the city charter he was only entitled to compensation for the time he was in active service, no recovery could be had.